**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff
Art of Living Foundation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ART OF LIVING FOUNDATION,** a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**DOES 1-10,** inclusive**,**<br><br>Defendants. | Case No. 10-cv-5022 LB<br><br>**DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO TAKE EXPEDITED DISCOVERY** |

I, Karl S. Kronenberger, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District. I am partner at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Plaintiff Art of Living Foundation ("Plaintiff" or "AoL"). Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. Plaintiff's complaint alleges several causes of action, including copyright infringement, misappropriation of trade secrets, defamation and trade libel against unknown Doe defendants ("Defendants"). Pursuant to Civil Local Rule 7-11, Defendants' stipulation to the present administrative motion could not be obtained because their identities and locations are presently unknown to Plaintiff.

3. I have assisted Plaintiff in making a good faith effort to identify Defendants by reviewing their defamatory and infringing posts on the following blogs: Leaving the Art of Living, located at <artoflivingfree.blogspot.com> (the "Blogspot Blog"), and Beyond the Art of Living, located at <aolfree.wordpress.com> (the "WordPress Blog") (collectively, "the Blogs"). Neither blog provides identifying information for the posters. Furthermore, Defendants have taken efforts to conceal their true identities on these blogs by posting under fictitious usernames and removing all identifying information. Indeed, as of the date of this declaration, Defendants had posted on the WordPress Blog the following description of themselves: "We are several people working together making this blog, but we retain anonymity even amongst each other."

4. As alleged in Paragraph 59 of the Complaint, Defendants operate and contribute to the Blogs under the following fictitious names: Skywalker, Aolwhistleblower, Whistleblower, AoL-Free, Peaceful Warrior, Klim, Klim & Co., and Prosecutor.

5. As alleged in Paragraph 62 of the Complaint, by way of example, Defendants have made the following defamatory statements about Plaintiff:

//

//

- The truth is more disgruntled people should come out to do something about all the illegal activities that occur thru and in his organization, ranging from exploitation, to swindling, to cheating, to physical abuse, to sexual harassment and fondling, etc.
- Here is the man who waved off female devotees raped or beaten up by his devotees by telling them it was their fault or that they deserved it since "Violence attracts violence. Your karma."
- And let us not forget that AOL course participants are told their fees go to charity, that AOL teachers work as volunteers, that SriSri [Ravi Shankar] and BhanuDidi are not the beneficiaries of the course fees!! In other words they obtained money from participants on false, deceitful declarations.
- Unfortunately, there are even stories of male teachers raping female students or teachers, and other forms of perversion. The inner circle knew about this.
- Many teachers, especially senior teachers take advantage of their status. Women fall for them like bees for honey, not knowing they are just being used for sex.
- The 'dollar a day' program was started in the US. The money never went to that cause.
- If you are yourself a rich business man and want to launder your black money or show your competitors that oh I have a Guru then AOL is for you.
- He [Ravi Shankar] will use you until he no longer sees you as useful. If you try to leave and he is afraid you known too much about him, he will threaten you, directly, from his own mouth, and through others. You would not be the first, and will not be the last to leave and come under threat, ridicule, and be subject to lies and sick rumors.

//

//

- Many, still scarred by the AoL brain-wash are ashamed of seeking therapy. The physical damages require all sorts of medical supervision that not even doctors understand.
- There are many cases that companies, individuals give money to AOL organisation for specific projects, but the money never reaches those projects. It is then left to poor AOL teacher or volunteer to explain to the company/donors WHY THE PROJECT IS NOT COMPLETED & SAY WHERE THE MONEY WENT TO! These people are just shameless & have huge appetite for $$$! AOL volunteers & members, for God's sake wake up & stop giving money to SriSri & his lackeys. None of this money goes toward helping any poor or disadvantaged people. ALL ends up in SriSri & family & Lackey's coffers.
- This leaves us with no doubt that SriSri has reached an acute stage of his degenerative illness and is in urgent need of hospitalization before total collapse!
- And so, some remain anonymous because of verbal and physical threats made, and others because of psychic threats made, yes, even by the precious master himself!
- And of course as one gets to know RS [Ravi Shankar] more & more one becomes more & more aware what a violent man RS is. Doing violent acts with total calm & smile on his face doesn't make those acts any less violent nor it reduces the impact on the victims. It just shows his lack of compassion & empathy & how calculated he is like a mafia boss. Behind all smiley front of AOL, the organisation is actually rife with violence (mental, emotional, spiritual). Many senior teachers are actually known as bullies & are extremely violent & foul- mouthed. Many members & teachers actually leave the organisation due to existing culture of abuse & violence in the organisation.

- Again answer is obvious, the master is a charlatan (is a person practising quackery or some similar confidence trick in order to obtain money) in disguise.
- And so, some remain anonymous because of verbal and physical threats made, and others because of psychic threats made, yet, even by the precious master himself.
- The money raised for "service projects" get diverted to his personal kitty - all we see is token work.
- From then on, I started observing closely and after many years I am fully convinced that AOL is front-end name for a group of fraudulent NGOs. My lawyer tells me that what they are doing amounts to large-scale organized fraud according to the laws of several countries. The most important 'knowledge point' that AOL practices is Fake It Till You Make It. This cancer has been introduced into many activities by SSRS [Ravi Shankar] himself.
- He [Ravi Shankar] has so many enemies it could have been bc of a family or an individual he ruined, land he took, money he swindled, someone he abused.
- Money from courses does not go into "service projects" it goes into RS's [Ravi Shankar's] bank account.  He uses it to start up other businesses—ostensibly making more money for himself.  The mafia also operates this way—they fund legitimate businesses from their ill-gotten wealth.
- "Money from courses does not go into "service projects" it goes into RS's bank account.  He uses it to start up other businesses—ostensibly making more money for himself.  The mafia also operates this way—they fund legitimate businesses from their ill-gotten wealth." (Posted on the WordPress Blog on June 1, 2010 by username Peaceful Warrior.)

6. The only contact information on either of the Blogs for any Defendant is the email address reklawyksekul@gmail.com, which, on the date of this declaration,

appeared on the "ABOUT" tab on the WordPress Blog at the following web address: <http://aolfree.wordpress.com/about/>.

7. On the WordPress Blog, additional information about particular users is accessed by clicking on their profile pictures—namely, their <www.gravatar.com> profiles. Accordingly, Defendants' WordPress usernames are linked to their Gravatar profiles as follows:

    a. username Peaceful Warrior is linked to Gravatar profile Mcauthon;

    b. username Skywalker is linked to Gravatar profile Skyklim;

    c. username Prosecutor is linked to Gravatar profile Artoflivingfeedback; and

    d. username Whistleblower is linked to Gravatar profile Aolwhistleblower.

8. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's draft subpoena to Google, Inc.

9. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's draft subpoena to Automattic, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on November 9, 2010, in San Francisco, California.

                                        s/ Karl S. Kronenberger
                                        Karl S. Kronenberger