UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ART OF LIVING FOUNDATION,<br><br>　　　　　Plaintiff,<br>　v.<br>DOES 1-10,<br>　　　　　Defendant(s).<br>_____/ | No. C 10-05022 LB<br><br>**ORDER SETTING HEARING ON MOTION FOR EXPEDITED DISCOVERY** |

On November 9, 2010, Plaintiff filed a Motion for Administrative Relief to Take Expedited Discovery. ECF No. 5. The Court **HEREBY SETS** this matter for hearing on December 16, 2010, at 10:30 a.m. in Courtroom 4.

**IT IS SO ORDERED.**

Dated: November 30, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05022 (Order Setting Hearing on Motion for Expedited Discovery)