UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Art of Living Foundation

                    Plaintiff(s),

CASE NO. 4:10-cv-05022-LB

                    v.

Does 1-10

STIPULATION AND **AMENDED**
ORDER SELECTING ADR PROCESS

                    Defendant(s).

_____/

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐    Private ADR (*please identify process and provider*)

The parties agree to hold the ADR session by:

☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

✓    other requested deadline  90 days after disposition of Defs' pending dispositive motions


Dated: 2/3/11                                                         s/ Karl S. Kronenberger
                                                                     Attorney for Plaintiff


Dated: 2/3/11                                                        s/ Joshua K. Koltun
                                                                    Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**AMENDED   ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐      Non-binding Arbitration

☐      Early Neutral Evaluation (ENE)

✓      Mediation

☐      Private ADR

Deadline for ADR session

☐      90 days from the date of this order.

✓      other    90 days after disposition of
              Defs' pending dispositive motions

IT IS SO ORDERED.

Dated:   February 9, 2011



IT IS SO ORDERED

Judge Laurel Beeler

UNITED STATES MAGISTRATE JUDGE