UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ART OF LIVING FOUNDATION, | ) | Case No.: 10-CV-05022-LHK |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING DEFENDANTS' |
| v. | ) | MOTIONS, AND BRIEFING |
| | ) | SCHEDULE |
| DOES 1-10., | ) | |
| | ) | (re: docket #26, 27, and 28) |
| Defendants. | ) | |
| | ) | |

On February 23, 2011, Defendants filed three motions: (1) a motion to dismiss; (2) a motion to strike; and (3) a motion to quash. *See* Dkt. #26, 27, and 28. All three motions were noticed for a hearing date of May 12, 2011. The motion to quash, however, should have been noticed before the Honorable Howard R. Lloyd, the referral Magistrate Judge in this action. *See* General Order 42. Accordingly, that motion is DISMISSED WITHOUT PREJUDICE to re-filing before Judge Lloyd.

With respect to the other two motions, the Court finds an expedited briefing schedule appropriate. Plaintiff shall file Oppositions, or Statement of Non-oppositions, by Friday, March 25, 2011. Defendants shall file Replies, if any, by Wednesday, April 6, 2011.

Requests to file documents under seal must comply with Civil Local Rule 79-5. Under Rule 79-5(b), counsel seeking to file documents under seal must, among other requirements, file and serve an administrative motion to file under seal, and must lodge the entire document with the

1

Case No.: 10-CV-05022-LHK
ORDER SETTING BRIEFING SCHEDULE

Clerk for the Court's review.  The Court's Local Rules do not permit the filing of documents under seal, even by stipulation, in advance of the documents being lodged with the Clerk and compliance with the other conditions in Rule 79-5.  *See* Civ. L.R. 79-5(a) ("A stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under seal.").

**IT IS SO ORDERED.**

Dated: March 11, 2011

_____
LUCY H. KOH
United States District Judge