**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:  (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff
Art of Living Foundation

**JOSHUA KOLTUN** (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California  94111
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Defendants
Doe/Klim and Doe/Skywalker

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **ART OF LIVING FOUNDATION,** a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**DOES 1-10,** inclusive,<br><br>Defendants. | Case No. 10-cv-5022-LHK-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 12, 2011 HEARING ON DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE UNDER CAL. C.C.P. §425.16 AND CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Art of Living Foundation, and Defendants Doe/Klim and Doe/Skywalker (collectively, "Defendants"), through their counsel of record that:

1. The hearing on Defendants' Motion to Dismiss and Special Motion to Strike Under Cal. C.C.P. 245.16 (collectively, the "Motions"), and the Case Management Conference currently set for May 12, 2011 at 1:30 p.m. is continued to May 26, 2011 at 1:30 p.m.

2. The briefing schedule for the Motions shall remain as previously ordered.

3. Parties are to file a Joint Case Management Statement no later than Thursday, May 19, 2011.

**IT IS SO STIPULATED:**

| | |
|---|---|
| DATED: April 7, 2011 | DATED: April 7, 2011 |
| KRONENBERGER BURGOYNE, LLP | JOSHUA KOLTUN |
| By:  s/ Karl S. Kronenberger | By:  s/ Joshua Koltun |
| Karl S. Kronenberger<br>Jeffrey M. Rosenfeld<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>Karl@KBInternetLaw.com<br>Jeff@KBInternetLaw.com | Joshua Koltun<br>101 California Street<br>Suite 2450, No. 500<br>San Francisco, California 94111<br>joshua@koltunattorney.com |
| Attorneys for Plaintiff<br>Art of Living Foundation | Attorney for Defendants<br>Doe/Klim and Doe/Skywalker |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: April 8, 2011

*Lucy H. Koh*
United States District Court Judge, Lucy H. Koh

Case No. 10-cv-5022-LHK-HRL        1        **STIP. AND [~~PROP.~~] ORDER TO CONTINUE HEARINGS ON MTD & MTS AND CMC**