1  Joshua Koltun (Bar No. 173040)
   Attorney
2  101 California Street
   Suite 2450, No. 500
3  San Francisco, California  94111
   Telephone:  415.680.3410
4  Facsimile:  866.462.5959
   joshua@koltunattorney.com
5
   Attorney for Defendants
6  Doe/Klim and Doe/Skywalker

7  Kronenberger Burgoyne LLP
   Karl S. Kronenberger (Bar No. 226112)
8  Jeffrey M. Rosenfeld (Bar No. 222187)
   150 Post Street, Suite 520
9  Telephone (415) 955-1155
   Facsimile (415) 955-1158
10 karl@KBInternetLaw.com
   jeff@KBInternetLaw.com
11
   Attorneys for Plaintiff
12 Art of Living Foundation

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                             SAN JOSE

16

17 ART OF LIVING FOUNDATION, a        )   Case No.:  CV 10-5022-LHK
   California corporation,            )
18                                    )   **SECOND STIPULATION AND**
             Plaintiff,               )   **[PROPOSED] ORDER RE: FILING**
19                                    )   **CERTAIN DOCUMENTS UNDER**
        v.                            )   **SEAL**
20                                    )
   DOES 1-10, inclusive,              )
21                                    )
             Defendants.              )
22                                    )
                                      )
23                                    )
                                      )
24 _____)

25

26

27

28

1    Pursuant to Local Rule 7-12 and 79-5 and General Order 62, the parties stipulate and
2 respectfully request this Court to permit the filing of certain exhibits under seal.
3    Plaintiffs have sued Doe Defendants alleging, among other things, Copyright Infringement and
4 Trade Secret Misappropriation, arising from alleged posting on the internet of certain documents
5 and/or links to certain documents, namely the Training Guide Phase One, the Continuation Manual,
6 and the Yes! Teacher Notes (collectively, the "Manuals"), the Breath Water Sound Manual
7 ("BWSM"), and a written description of Plaintiff's processes for teaching Sudarshan Kriya,
8 Complaint, ¶¶ 39, 49, 68-70.
9    Defendants Doe/Klim and Doe/Skywalker have specially appeared and filed a Motion to
10 Dismiss, a Special Motion to Strike, and a Motion to Quash.  In support of these motions, Defendant
11 Doe/Skywalker has filed a declaration, as to which he attached certain documents, some of which he
12 proposed to file under seal.  The documents he proposed to file under seal were:  what he understands
13 to be the "Sudarshan Kriya Notes" , **Exhibit B**, what he understands to be "Training Guide Phase 1,"
14 **Exhibit C,** what he understands to be "Yes+ Teacher Notes," **Exhibit D** and what he understands to be
15 the BWSM, **Exhibit E**.   Declaration of Doe/Skywalker, ¶ 9 (hereinafter "Proposed Sealed Exhibits").
16
17    Doe/Skywalker has proposed to file these documents under seal solely so as not to
18 prejudice any rights that Plaintiff may have to assert Trade Secret rights or Copyrights as to such
19 documents in this litigation.
20    Plaintiffs stipulate to and respectfully request the Court to order that Defendants be
21 permitted to file the Proposed Sealed Exhibits under seal.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 1 -

1  Nothing in this Stipulation should be construed as a waiver, admission or concession by
2  either party regarding the factual, legal or evidentiary status of any of the Proposed Sealed Exhibits,
3  or of any right any party or third party may have to seek to have such Exhibits unsealed at some future
4  date.
5  Respectfully submitted,

KRONENBERGER BURGOYNE LLP

_____/s/_____
Jeffrey Rosenfeld
Attorney for Plaintiff Art of Living Foundation

\_\_\_\_\_/s/_____
Joshua Koltun
Attorney for Doe/Klim and Doe/Skywalker

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:   May 17, 2011

Hon. Lucy H. Koh
United States District Judge

- 2 -