**KRONENBERGER BURGOYNE, LLP**

Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne III (Bar No. 203748)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff
Art of Living Foundation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ART OF LIVING FOUNDATION,** a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**DOES 1-10,** inclusive**,**<br><br>Defendants. | Case No. 10-cv-5022 LHK-HRL<br><br>[PROPOSED] ORDER |

Having considered Plaintiff's Administrative Motion to Seal Portions of Documents and good cause having been shown,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that Exhibits A-D & F to the Declaration of Ashwani Dhall in Opposition to Defendants Doe/Klim and Doe/Skywalker's Motion to Dismiss & Evidentiary Objections, Special Motion to Strike Under Cal. C.C.P. 425.16 & Evidentiary Objections, and Motion to Quash or Modify Subpoenas & Evidentiary

---

Case No. 10-cv-5022 LHK-HRL         [PROPOSED] ORDER GRANTING MOTION
                                     TO FILE UNDER SEAL

1  Objections shall be filed under seal.

2

3  IT IS SO ORDERED.

4

5  Dated: May 18, 2011
   _____

6                                              _____
                                               Honorable Lucy H. Koh
7                                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 10-cv-5022 LHK-HRL         [PROPOSED] ORDER GRANTING MOTION
                                    TO FILE UNDER SEAL