**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ART OF LIVING FOUNDATION, ) | Case No.: 10-CV-05022-LHK |
| ) | |
| Plaintiff, ) | MINUTE AND CASE MANAGEMENT |
| v. ) | ORDER |
| ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Clerk: Martha Parker Brown         Reporter: Lee-Anne Shortridge
Plaintiff's Attorneys: Karl Kronenberger, Jeffrey Rosenfeld
Defendants' Attorneys: Joshua Koltun         Length of Hearing: 1 hour 1 minute

     A motion hearing and case management conference were held on May 26, 2011. The Court took the motions under submission. The following Case Management Order is adopted by the Court.

     A further case management conference is set for September 14, 2011 at 2:00 p.m.

     The parties are referred to Court-connected mediation to be completed by September 9, 2011.

     The parties agree to the discovery limits set forth in the Federal Rules of Civil Procedure, except for the following approved changes: 20 depositions and 50 interrogatories per side.

     Aside from discovery with respect to Defendants' identities, which is currently at issue in a motion to quash pending before Magistrate Judge Lloyd, discovery is now open.

     The parties shall comply with the following case schedule:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cut-off | January 21, 2012 |
| Designation of Experts | February 7, 2012 |
| Designation of Rebuttal Experts | February 28, 2012 |
| Expert Discovery Cut-off | March 23, 2012 |
| Last Day to File Dispositive Motions | April 12, 2012 |
| Last to Hear Dispositive Motions | May 10, 2012 (Thursday at 1:30 p.m.) |

Case No.: 10-CV-05022-LHK
CASE MANAGEMENT AND MINUTE ORDER

| | | |
|---|---|---|
| 1 | Pretrial Conference: | June 27, 2012 (Wednesday at 2:00 p.m.) |
| 2 | Jury Trial (6 day estimate) | July 9, 2011 (Monday at 9:00 a.m.) |

**IT IS SO ORDERED.**

Dated: May 26, 2011

_____
LUCY H. KOH
United States District Judge