1  **KRONENBERGER BURGOYNE, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   Jeffrey M. Rosenfeld (Bar No. 222187)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone:  (415) 955-1155
   Facsimile:   (415) 955-1158
5  karl@KBInternetLaw.com
6  jeff@KBInternetLaw.com

7  Attorneys for Plaintiff
   Art of Living Foundation
8

9  **JOSHUA KOLTUN** (Bar No. 173040)
   Attorney
10 101 California Street
   Suite 2450, No. 500
11 San Francisco, California  94111
   Telephone:  415.680.3410
12 Facsimile:  866.462.5959
13 joshua@koltunattorney.com

14 Attorney for Defendants
   Doe/Klim and Doe/Skywalker
15

16                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
17                           **SAN JOSE DIVISION**

18

19 **ART OF LIVING FOUNDATION,** a    | Case No. 10-cv-5022-LHK-HRL
   California corporation,
20                                     | **STIPULATION AND [PROPOSED]**
            Plaintiff,                 | **ORDER TO EXTEND THE DEADLINE**
21                                     | **TO COMPLETE MEDIATION**
         vs.
22
   **DOES 1-10,** inclusive,
23
            Defendants.
24

25

26

27

28

Case No. 10-cv-5022-LHK-HRL          **STIP. AND [PROP.] ORDER TO EXTEND**
                                     **DEADLINE TO COMPLETE MEDIATION**

WHEREAS, on February 9, 2011 this Court, pursuant to stipulation, ordered the parties to mediate within 90 days of this Court's resolution of Defendants' dispositive motions [D.E. 25]; and

WHEREAS, on May 26, 2011 the Court entered a Minute and Case Management Order that referred the parties to Court-connected mediation to be completed by September 9 [D.E. 79]; and

WHEREAS, Defendants' motion to strike was denied by this Court without prejudice in its Order of June 15, 2011 [D.E. 83]; and

WHEREAS, Plaintiff has filed an Amended Complaint [D.E. 85], as to which Defendants intend to file further dispositive motions; and

WHEREAS, Defendants Skywalker and Klim have appeared in this action pseudonymously and have filed a motion to quash subpoenas [D.E. No. 62], which subpoenas seek to reveal Skywalker and Klim's identities; and

WHEREAS, Defendants' motion to quash is pending before the Court; and

WHEREAS, the Court's ADR department has informed the parties that it cannot conduct a mediation with pseudonymous parties;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Art of Living Foundation, and Defendants Doe/Klim and Doe/Skywalker (collectively, "Defendants"), through their counsel of record that:

1. The current deadline to complete Court-connected mediation shall be continued until December 9, 2011;

//
//
//

2. In the event that issues concerning dispositive motions and/or anonymity remain unresolved as to any Defendant, the parties may stipulate that Defendant may request a further extension of time.

**IT IS SO STIPULATED:**

| DATED: August 9, 2011 | DATED: August 9, 2011 |
|---|---|
| KRONENBERGER BURGOYNE, LLP | JOSHUA KOLTUN |
| By:   s/ Karl S. Kronenberger | By:   s/ Joshua Koltun |
| Karl S. Kronenberger<br>Jeffrey M. Rosenfeld<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>Karl@KBInternetLaw.com<br>Jeff@KBInternetLaw.com | Joshua Koltun<br>101 California Street<br>Suite 2450, No. 500<br>San Francisco, California  94111<br>joshua@koltunattorney.com |
| Attorneys for Plaintiff<br>Art of Living Foundation | Attorney for Defendants<br>Doe/Klim and Doe/Skywalker |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This extension shall have no effect on any other case schedule deadline.

Date:  August 10, 2011

_Lucy H. Koh_
United States District Court Judge, Lucy H. Koh