Joshua Koltun (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California  94111
Telephone: 415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendants
Doe/Klim and Doe/Skywalker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| ART OF LIVING FOUNDATION, a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>DOES 1-10, inclusive,<br><br>   Defendants. | Case No.:  CV 10-5022-LHK<br><br>**ADMINISTRATIVE MOTION RE: FILING MATERIAL DESIGNATED CONFIDENTIAL UNDER SEAL**<br><br>*Submitted herewith under seal per LR 79-5[d] and Stipulated Protective Order [DE 75]:*<br>[Redacted] Motion to Strike & MPA<br>[Unredacted] Motion to Strike & MPA<br>[Redacted] Koltun Declaration<br>[Unredacted] Koltun Declaration<br><br>*Filed simultaneously in public docket:*<br>2nd Skywalker Declaration<br>2nd Klim Declaration<br>3rd Request for Judicial Notice<br>Proposed Order |

1    Pursuant to Local Rule 7-11 and 7-12 and 79-5(d) and the Protective Order in place in this
2    action [DE 75], Doe Defendants Klim and Skywalker herewith submit under seal certain filings. This
3    submission under seal is done solely to respect Plaintiff's designations in conformity with this Court's
4    rules and the Protective Order, pending an adjudication on the merits by this Court of the claims of
5    confidentiality and/or trade secrets herein, and without in any way waiving Defendants' contention
6    that the documents and/or information contained therein are neither confidential nor trade secrets.

7    This Administrative Motion is necessary under LR 79-59(d) for the following reason.
8    Plaintiff served on Defendants an Amended Trade Secret Disclosure (hereinafter "ATSD"). Plaintiff
9    has designated Exhibits A, B & D thereto, in their entirety, as CONFIDENTIAL under the Protective
10   Order. (There is no Exhibit C). Moreover, Plaintiff's have designated certain passages/snippets in
11   those Exhibits as containing Trade Secrets, as indicated therein by yellow highlighting.

12   Defendants therefore submit under seal herewith:

13-17   - A [Redacted] Second Special Motion to Strike and Memorandum thereon, in which the putatively confidential material has been redacted – for reference purposes, the material designated trade secret is redacted with " +++", the material designated as Confidential under the Protective Order but *not* designated Trade Secret is redacted with "^^^^"

18-22   - An [Unredacted] Second Special Motion to Strike and Memorandum thereon, in which the putatively confidential material has been **highlighted** – for reference purposes, the material designated trade secret is highlighted in yellow (as it is in the ATSD), whereas the material designated as Confidential under the Protective Order but *not* designated as Trade Secret is highlighted in violet.

23-24   - A [Redacted] Koltun Declaration, as to which the ATSD is attached as Exhibit 1, but from which Exhibits A, B &D thereto are omitted; and

25-26   - An [Unredacted] Koltun Declaration, to which the ATSD is attached as Exhibit 1, including Exhibits A, B & D.

1   Respectfully submitted,

2   Dated : September 12, 2011

3   \_\_\_\_\_/s/_____
    Joshua Koltun
4   Attorney for Doe/Klim and Doe/Skywalker

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joshua Koltun ATTORNEY

- 2 -

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Joshua Koltun, Attorney, 101 California Street, Suite 2450, No. 500, 94111.

On **September 12 , 2011**, I served

**Redacted 2nd Special Motion to Strike and MPA**

**Unredacted 2nd Special Motion to Strike and MPA**

**Redacted Koltun Declaration**

By placing a true copy of the document(s) listed above in a separate and sealed envelope to be delivered by Overnitght Delivery to

**Karl S. Kronenberger**
**KRONENBERGER BURGOYNE, LLP**
**150 Post Street, Suite 520**
**San Francisco, CA 94108**

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on **September 12, 2011**, at San Francisco, California.

/s/

Joshua Koltun