United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ART OF LIVING FOUNDATION, | ) | Case No.: 10-CV-05022-LHK |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF |
| v. | ) ) | |
| DOES 1-10., | ) ) | (re: dkt. #96) |
| Defendants. | ) ) | |

The unopposed motion of Public Citizen, the American Civil Liberties Union Foundation of Northern California, and Electronic Frontier Foundation for leave to file a brief as amici curiae, attached as Exhibit 1 to their motion, is GRANTED. The amici curiae brief is deemed submitted. *See* Civ. L.R. 7-11.

**IT IS SO ORDERED.**

Dated: September 12, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-05022-LHK
ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF