Joshua Koltun (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California 94111
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Defendants
Doe/Klim and Doe/Skywalker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| ART OF LIVING FOUNDATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 10-5022-LHK<br><br>**ADMINISTRATIVE MOTION RE: FILING MATERIAL DESIGNATED CONFIDENTIAL UNDER SEAL re MOTION FOR SUMMARY JUDGMENT**<br><br>*Submitted herewith under seal per LR 79-5[d] and Stipulated Protective Order [DE 57]:*<br>[Redacted] 3rd Skywalker Declaration<br>[Unredacted] 3rdSkywalker Declaration<br><br>*Filed simultaneously in public docket:*<br>Motion for Summary Judgment<br>4th Request for Judicial Notice<br>Koltun Declaration<br>Proposed Order |

1    Pursuant to Local Rule 7-11 and 7-12 and 79-5(d) and the Protective Order in place in this
2    action [DE 57], Doe Defendants Klim and Skywalker herewith submit under seal certain filings.  This
3    submission under seal is done solely to respect Plaintiff's designations in conformity with this Court's
4    rules and the Protective Order, pending an adjudication on the merits by this Court of the claims of
5    confidentiality and/or trade secrets herein, and without in any way waiving Defendants' contention
6    that the documents and/or information contained therein are neither confidential nor trade secrets.

7    This Administrative Motion is necessary under LR 79-5(d) for the following reason.
8    Plaintiff served on Defendants an Amended Trade Secret Disclosure (hereinafter "ATSD"). Plaintiff
9    has designated Exhibit A as CONFIDENTIAL under the Protective Order.  Moreover, Plaintiff has
10   passages/snippets in that Exhibit as containing Trade Secrets. Exhibit C to the 3rd Skywalker
11   Declaration contains excerpts of an earlier edition of Exhibit A to the ATSD.

12   Defendants therefore submit under seal herewith a [Redacted] 3rd Skywalker Declaration,
13   as to which Exhibit C is omitted, and an [Unredacted] 3rd Skywalker Declaration, which includes
14   Exhibit C.

16   Respectfully submitted,
17   Dated : September 27, 2011

_____/s/_____
Joshua Koltun
Attorney for Doe/Klim and Doe/Skywalker

Joshua Koltun ATTORNEY

- 1 -

Admin Motion re Filing Under Seal [LR 79-5(d)]  re MSJ                                                             CV 10-
5022-LHK-HMR

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Joshua Koltun, Attorney, 101 California Street, Suite 2450, No. 500, 94111.

On **September 27, 2011**, I served

**Redacted 3rd Skywalker Declaration**

**Unredacted 3rd Skywalker Declaration**

By having a messenger hand deliver a true copy of the document(s) listed above in a separate and sealed envelope to be delivered to

**Karl S. Kronenberger**
**KRONENBERGER BURGOYNE, LLP**
**150 Post Street, Suite 520**
**San Francisco, CA 94108**

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on **September 27, 2011**, at San Francisco, California.

/s/

Joshua Koltun