UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ART OF LIVING FOUNDATION, ) | Case No.: 10-CV-05022-LHK |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTIONS TO SEAL |
| v. ) | |
| ) | |
| DOES 1-10, ) | (re: dkt. #100, 115) |
| ) | |
| Defendants. ) | |
| ) | |

On September 12, 2011, Defendants Doe/Skywalker and Doe/Klim (collectively "Defendants") filed an Administrative Motion Re: Filing Material Designated Confidential Under Seal, pursuant to Local Rules 7-11, 7-12, and 79-5(d), and the Protective Order in place in this action, seeking to submit under seal (1) Defendants' Second Special Motion to Strike and Memorandum of Points and Authorities, and (2) Declaration of Joshua Koltun In Support Of Second Special Motion to Strike. *See* ECF No. 100.

On September 27, 2011, Defendants filed a second Administrative Motion Re: filing Material Designated Confidential Under Seal Re: Motion for Summary Judgment, seeking to submit under seal the Third Declaration of Skywalker. *See* ECF No. 115.

The portions of the documents Defendants seek to redact all reveal content designated as trade secrets or otherwise confidential by Plaintiff's Amended Trade Secret Disclosure. However, at issue in this case is whether those materials are properly designated as trade secrets. Therefore, good cause being shown, the Court hereby GRANTS Defendants' administrative motions to seal

1

Case No.: 10-cv-05022-LHK
ORDER GRANTING MOTIONS TO SEAL

(ECF Nos. 100 and 115) pending further order.  Defendants shall publicly file redacted versions of the documents filed under seal.

**IT IS SO ORDERED.**

Dated: January 5, 2012

_____
LUCY H. KOH
United States District Judge