**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
hank@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Plaintiff
Art of Living Foundation

**JOSHUA KOLTUN** (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California 94111
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Attorney for Defendants
Doe/Klim and Doe/Skywalker

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **ART OF LIVING FOUNDATION,** a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**DOES 1-10,** inclusive,<br><br>Defendants. | Case No. 10-cv-5022-LHK-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER TO TERMINATE REFERRAL TO MEDIATION AND REFERRING TO SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE** |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

1 WHEREAS, on February 9, 2011 this Court, pursuant to stipulation, ordered the parties to mediate within 90 days of this Court's resolution of Defendants' dispositive motions [D.E. 25]; and

WHEREAS, on May 26, 2011 the Court entered a Minute and Case Management Order that referred the parties to Court-connected mediation to be completed by September 9 [D.E. 79]; and

WHEREAS that mediation deadline was extended by Order of this Court on August 10, 2011 [D.E. 91]; and

WHEREAS Defendants Skywalker and Klim have appeared in this action pseudonymously and have filed a motion to quash subpoenas [D.E. No. 62], which subpoenas seeks to reveal Skywalker and Klim's identities; and

WHEREAS the Court's ADR department has informed the parties that it cannot conduct a mediation with pseudonymous parties; and

WHEREAS the Court has by its Order of November 9, 2011 [D.E.129] granted Defendants Klim and Skywalker's motion to quash Plaintiffs' subpoenas for their identities, pending further determinations by this Court; and

WHEREAS at the Case Management Conference held on January 12, 2012 the Court indicated that if the parties were unable to settle the case by February 9, 2012, they were to so report to the Court, and that in that event the Court would refer the parties to the Hon. Joseph C. Spero, Magistrate Judge of this Court, [D.E. 141]; and

WHEREAS, the parties having discussed settlement in person and by phone and having reported to the Court that they have not settled the matter [D.E. 142], and having further discussed settlement as well as conferred with the Court's ADR staff to determine the proper procedure under the circumstances; and

WHEREAS the parties believe that the assistance of a settlement judge would be helpful;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Art of Living Foundation, and Defendants Doe/Klim and Doe/Skywalker (collectively,

1  "Defendants"), through their counsel of record, and the parties respectfully request this
2  Court to ORDER that:
3      1.    The Court's referral of this matter to mediation be terminated; and
4      2.    This matter be referred to Magistrate Judge [the Honorable Joseph C.
5  Spero] / [the Honorable _____] to conduct a settlement
6  conference, to be completed by ____June 9____, 2012; and
7      3.    Unless and until the Court issues a ruling modifying the Order of
8  November 9, 2012, Defendants are permitted to appear at the conference telephonically
9  and without disclosing their identities.

11  DATED: March __ 2012            DATED: March __ 2012
12  KRONENBERGER ROSENFELD, LLP    JOSHUA KOLTUN

14  By:   s/ Karl S. Kronenberger         By:   s/ Joshua Koltun

15  Karl S. Kronenberger                  Joshua Koltun
16  Jeffrey M. Rosenfeld                  101 California Street
   150 Post Street, Suite 520             Suite 2450, No. 500
17  San Francisco, CA 94108              San Francisco, California  94111
   Karl@KRInternetLaw.com            joshua@koltunattorney.com
18  Jeff@KRInternetLaw.com

19  Attorneys for Plaintiff                  Attorney for Defendants
20  Art of Living Foundation              Doe/Klim and Doe/Skywalker

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
24  Date: March 9, 2012

                                                               /s/ Lucy H. Koh
25                                             The Honorable Lucy H. Koh
                                           United States District Court Judge

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com