**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:   (415) 955-1155
Facsimile:   (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Plaintiff
Art of Living Foundation

**JOSHUA KOLTUN** (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California  94111
Telephone:   (415) 680.3410
Facsimile:    (866) 462.5959
joshua@koltunattorney.com

Attorney for Defendants
Doe/Klim and Doe/Skywalker

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **ART OF LIVING FOUNDATION,** a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>**DOES 1-10,** inclusive**,**<br><br>          Defendants. | Case No. 10-cv-5022-LHK-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO CONDUCT SETTLEMENT CONFERENCE** |

WHEREAS, on March 9, 2012 the Court entered the Stipulation and Order to Terminate Referral to Mediation and Referring to Settlement Conference before Magistrate Judge (the "March 9 Order") [D.E. No. 144];

WHEREAS, the March 9 Order requires the parties to participate in a settlement conference before Magistrate Judge Joseph C. Spero by June 9, 2012;

WHEREAS, the earliest date Judge Spero had available to conduct the settlement conference was June 12, 2012;

WHEREAS the parties informed Judge Spero's chambers that they were available for the settlement conference on June 12, 2012, and thereafter, Judge Spero issued a Notice of Settlement Conference and Settlement Conference Order setting the settlement conference for June 12, 2012 [D.E. No. 147];

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their counsel of record that:

1. The deadline for the Parties to conduct a settlement conference is extended to June 12, 2012.

**IT IS SO STIPULATED:**

DATED:  April 3, 2012

KRONENBERGER ROSENFELD, LLP

By:   s/ Jeffrey M. Rosenfeld

Jeffrey M. Rosenfeld

Attorneys for Plaintiff
Art of Living Foundation

DATED:  April 3, 2012

JOSHUA KOLTUN

By:   s/ Joshua Koltun

Joshua Koltun

Attorney for Defendants
Doe/Klim and Doe/Skywalker

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date:  April 5, 2012

_Lucy H. Koh_
United States District Court Judge, Lucy H. Koh

Case No. 10-cv-5022-LHK-HRL      1      **STIP. AND [PROP.] ORDER EXTENDING DEADLINE RE. SETTLEMENT CONF.**

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to General Order No. 45, Part X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Respectfully Submitted,

DATED: April 3, 2012        **KRONENBERGER ROSENFELD, LLP**

By: s/ Jeffrey M. Rosenfeld
    Jeffrey M. Rosenfeld

Attorneys for Plaintiff
Art of Living Foundation

KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KRInternetLaw.com