1  **KRONENBERGER ROSENFELD, LLP**

2  Karl S. Kronenberger (Bar No. 226112)
   Jeffrey M. Rosenfeld (Bar No. 222187)

3  150 Post Street, Suite 520
   San Francisco, CA 94108

4  Telephone:  (415) 955-1155
   Facsimile:  (415) 955-1158

5  karl@KRInternetLaw.com
   jeff@KRInternetLaw.com

6

7  Attorneys for Plaintiff
   Art of Living Foundation

8

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 **ART OF LIVING FOUNDATION,** a
   California corporation,

   Case No. 10-cv-5022 LHK (HRL)

13              Plaintiff,

   **PLAINTIFF'S NOTICE OF
   ADMINISTRATIVE MOTION AND
   ADMINISTRATIVE MOTION TO**

14        vs.

   **CONSIDER WHETHER CASES ARE
   RELATED; MEMORANDUM OF**

15 **DOES 1-10,** inclusive,

   **POINTS AND AUTHORITIES IN
   SUPPORT THEREOF; [PROPOSED]**

16              Defendants.

   **ORDER**

17

18 Date:  In Chambers
   Time:  In Chambers

19 Ctrm:  In Chambers

20 Before The Hon. Lucy H. Koh

21

22

23

24

25

26

27

28

**PLAINTIFF'S MOT. TO RELATE CASES;
MPA; [PROP] ORDER**

1   TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

2      PLEASE TAKE NOTICE THAT pursuant to Northern District of California Civil

3   Local Rule 3-12 ("Local Rule 3-12"), Plaintiff Art of Living Foundation ("Plaintiff" or "Art of

4   Living") hereby moves the Court for an order relating the following case:

5   • *Art of Living Foundation v. Eng-An Chou*, No. 12-CV-2748 PSG (N.D. Cal.)

6      This Motion is based on Plaintiff's Memorandum of Points and Authorities set forth

7   below, and all pleadings on file in this case.

8      Defendant Skywalker stipulates to the relation of the two cases.

9

10   DATED: June 1, 2012                **KRONENBERGER ROSENFELD, LLP**

11

12                                      By:   s/ Karl S. Kronenberger
                                             Karl S. Kronenberger
13

14                                      Attorneys for Plaintiff,
                                        Art of Living Foundation
15

16

17

18

19

20

21

22

23

24

25

26

27

28



1

## MEMORANDUM OF POINTS AND AUTHORITIES

2    Local Rule 3-12 provides that whenever a party knows or learns that an action,

3  filed in or removed to this district, is related to an action which is or was pending in this

4  District, the party must promptly file in the earliest-filed case an Administrative Motion to

5  Consider Whether Cases Should be Related.  Plaintiff hereby moves the Court for an

6  order granting the relationship of this case to the case styled *Art of Living Foundation v.*

7  *Eng-An Chou*, No. 12-CV-2748 PSG (the "Chou Action"), and order that the Clerk

8  reassign the Chou Action to the Honorable Lucy H. Koh.

9    Actions are related when they concern substantially the same parties, property,

10 transaction or event, or where it appears that it will be an unduly burdensome duplication

11 of labor and expense or conflicting results if the cases are conducted before different

12 judges.  L. Civ. R. 3-12.

13   Both this action and the Chou Action involve the same plaintiff:  The Art of Living

14 Foundation.  In this action, Plaintiff has alleged that pseudonymous Defendant Skywalker

15 misappropriated Plaintiff's trade secrets by posting portions of Plaintiff's confidential texts

16 on the blog located at <aolfree.wordpress.com>.  In particular, Plaintiff has alleged that

17 Skywalker posted the text of Plaintiff's Sudarshan Kriya Notes.  In the Chou Action,

18 Plaintiff has alleged that Defendant Chou breached her contracts with Plaintiff by

19 disclosing the Sudarshan Kriya Notes to Skywalker.

20   Thus, this action and the Chou Action concern substantially the same parties,

21 property, or event, and should be considered related cases.

22

## STIPULATION BY DEFENDANT SKYWALKER

23   Defendant Skywalker stipulates to the relation of the two cases.

24 //

25 //

26 //

27 //

28 //

**KRONENBERG|ROSENFELD**

150 Post Street, Suite 520, San Francisco, CA 94108

**CONCLUSION**

Based on the foregoing, Plaintiff respectfully requests that the Court issue an order, pursuant to Local Rule 3-12, relating this case to the Chou Action and ordering the Clerk to reassign the Chou Action to the Honorable Lucy H. Koh.


Respectfully submitted,

DATED: June 1, 2012                                  **KRONENBERGER ROSENFELD, LLP**


By:   s/ Karl S. Kronenberger
                                                         Karl S. Kronenberger

Attorneys for Plaintiff,
Art of Living Foundation

DEFENDANT SKYWALKER STIPULATES to the relation of the two cases.


DATED: June 1, 2012

By:   s/ Joshua Koltun
                                                         Joshua Koltun

Attorney for Defendant Doe/Skywalker


**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to General Order No. 45, Part X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

**PLAINTIFF'S MOT. TO RELATE CASES; MPA; [PROP] ORDER**

**[~~PROPOSED~~] ORDER**

Having considered Plaintiff's Administrative Motion to Consider Whether Cases Should be Related and good cause having been shown,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that this case is related to the case styled *Art of Living Foundation v. Eng-An Chou*, No. 12-CV-2748 PSG (the "Chou Action").

IT IS HEREBY FURTHER ORDERED that the Clerk shall reassign the Chou Action to the Honorable Lucy H. Koh.

IT IS SO ORDERED.

Dated: June 8, 2012

*Lucy H. Koh*
_____
Honorable Lucy H. Koh
United States District Judge



KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA  94108