**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ART OF LIVING FOUNDATION,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DOES 1-10,<br><br>　　　　　　Defendants.<br>──────────────────────────<br>ART OF LIVING FOUNDATION, a California corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ENG-AN CHOU, an individual,<br><br>　　　　　　Defendant. | Case No.: 10-CV-05022-LHK<br>Related Case No: 12-CV-02748-LHK<br><br>ORDER TO FILE STIPULATION OF DISMISSAL |

These two related cases have apparently settled in their entirety. *See* ECF No. 177 in Case No. 10-cv-05022. Accordingly, by June 29, 2012, the parties shall file their respective stipulations of dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: June 27, 2012

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-cv-05022-LHK
ORDER TO FILE STIPULATION OF DISMISSAL