Joshua Koltun (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California  94111
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Attorney for Defendants
Doe/Klim and Doe/Skywalker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ART OF LIVING FOUNDATION, a California corporation, | ) ) ) | Case No.:  CV 10-5022-LHK-HRL |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DOES 1-10, inclusive, | ) ) | |
| Defendants. | ) ) ) ) ) ) | |
| ART OF LIVING FOUNDATION, a California corporation, | ) ) ) | Case No: 12-CV 02748 LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ENG-AN CHOU, | ) ) | |
| Defendants. | ) ) ) ) ) ) | |

Stipulation and [Proposed] Order                                                                                              CV 10-5022-LHK-HRL

WHEREAS, on June 12, 2012, Plaintiff Art of Living Foundation and Defendants Klim and Skywalker (Parties) conducted a successful settlement conference before the Honorable Joseph C. Spero in *Art of Living Foundation v. Does,* Case No. 10-cv-5022 LHK ("Doe Action");

WHEREAS, the Parties entered into a settlement agreement, which was placed on the Court's records on June 12, 2012, whereby, among other things, Skywalker would dismiss with prejudice the appeal of the Doe Action and Plaintiff would dismiss with prejudice both the Doe Action and the complaint in *Art of Living Foundation v. Eng-An Chou,* Case No. 12- 02748-LHK ("Chou Action");

WHEREAS, Parties stipulate and agree and respectfully request the Court to order as follows:

1. The action *Art of Living Foundation v. Does,* Case No. 10-cv-5022 LHK is DISMISSED WITH PREJUDICE;
2. The action *Art of Living Foundation v. Eng-An Chou,* Case No. 12- 02748-LHK is DISMISSED WITH PREJUDICE;
3. Each party shall bear its own costs and attorneys' fees associated with both the Doe Action and the Chou Action, except for attorney's fees in the amount of $250,000 that Plaintiff Art of Living Foundation agreed to pay to attorney Joshua Koltun as part of the settlement agreement.
4. This Court shall retain jurisdiction over this action to enforce the settlement agreement between the Parties, which includes but is not limited to the "freezing" of the two blogs at issue in the Doe Action and Chou Action.

Dated: June 29, 2012                    _____\s_____
                                        Karl Kronenberger
                                        Attorney for Plaintiff
                                        Art of Living Foundation

Dated: June 29, 2012                    _____\s_____
                                        Joshua Koltun
                                        Attorney for Defendants
                                        Doe Klim and Doe Skywalker

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall close the file.

Dated: July 9, 2012                     *Lucy H. Koh*_____
                                        The Honorable Lucy H. Koh
                                        United States District Judge

- 1 -